## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Equal Employment Opportunity
Commission

v.                                              Case Number: 4:24–cv–00125

Houston Independent School District

---

### NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 9/19/2025

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:    September 2, 2025

Nathan Ochsner, Clerk