IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § § | |
| *Plaintiff,* § § | |
| vs. § | CIVIL ACTION NO. 4:24-cv-00125 |
| § | |
| HOUSTON INDEPENDENT SCHOOL DISTRICT § § § | |
| *Defendant.* § | |

## MOTION FOR STAY AND EXTENSION WITH REQUEST FOR EXPEDITED RULING

Plaintiff Equal Employment Opportunity Commission (EEOC) moves to stay this litigation and extend all deadlines due to the lapse in appropriations and federal government shutdown. The EEOC also requests an expedited ruling on this motion.

1. The EEOC is the government agency charged with interpreting, administering, and enforcing federal employment discrimination laws.

2. Federal government appropriations lapsed at midnight on September 30, 2025, and EEOC is now shut down.

3. The EEOC is subject to the Antideficiency Act, which provides in part that an "officer or employee of the United States Government … may not … involve [the] government in a contract or obligation for the payment of money before an appropriation is made unless authorized by law," 31 U.S.C. § 1341(a)(1)(B), and "may not accept voluntary services … or employ personal services exceeding that authorized by law except for emergencies …" 31 U.S.C. § 1342. Such emergencies "do[ ] not include ongoing, regular functions of the government the

suspension of which would not imminently threaten the safety of human life or the protection of property." *Id*.

4. Given the Antideficiency Act, the EEOC is prohibited from litigating this matter except for a four-hour wind-down on October 1, 2025.

5. Therefore, the EEOC seeks an order staying this litigation for the duration of the shutdown and extending all deadlines for the same duration as the shutdown.

6. Counsel for the EEOC provided a draft of this motion to Defendant's counsel. As of the filing of this motion, counsel has not advised whether Defendant is opposed or unopposed to the relief requested.

7. The EEOC requests an expedited ruling on this motion.

WHEREFORE, Plaintiff requests this Court enter an Order staying this litigation and extending all deadlines by the same duration as the shutdown.

Respectfully submitted,

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

*/s/ N. Joseph Unruh*
**N. JOSEPH UNRUH**
Trial Attorney
Attorney-in-Charge
Texas Bar No. 24075198
S.D. Tex. No. 1571957
neil.unruh@eeoc.gov

Equal Employment
Opportunity Commission
Houston District Office
Mickey Leland Federal Building
1919 Smith St., 6th Floor
Houston, Texas 77002
(346) 327-7703 [Telephone]
(713) 651-7995 [Facsimile]

**COUNSEL FOR PLAINTIFF EEOC**

**CERTIFICATE OF CONFERENCE**

The undersigned counsel certifies that counsel for the EEOC attempted to confer with Eric Nichols, Shelby O'Brien and Todd Photopulos, counsel for Defendant, regarding the relief requested herein. As of the filing of this motion, counsel has not advised whether Defendant is opposed or unopposed to the relief requested.

*/s/ N. Joseph Unruh*
N. Joseph Unruh
Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that copies of this document were served on all parties appearing in this action in accordance with the District Court's CM/ECF pursuant to L.R. 5 of the Southern District of Texas.

*s/ N. Joseph Unruh*
N. Joseph Unruh
Trial Attorney

3