**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | § § § § § | |
| *Plaintiff,* | § | |
| vs. | § § | CIVIL ACTION NO. 4:24-cv-00125 |
| **HOUSTON INDEPENDENT SCHOOL DISTRICT** | § § § § | |
| *Defendant.* | § | |

**UNOPPOSED MOTION TO AMEND ORDER LIFTING STAY**

COMES NOW Plaintiff Equal Employment Opportunity Commission ("EEOC") and requests the Court enter an amended order lifting the stay of litigation to reflect a deadline for the parties to file an amended scheduling order of 14 days from the date the stay was lifted, in accordance with the Court's Order of October 2, 2025. (ECF Nos. 36, 39.)

1.  On October 2, 2025, the Court entered an Order granting the EEOC's Motion for Stay due to a government shutdown. (ECF No. 36.) The Order stated that, after the stay is lifted, the parties are to confer regarding the necessity of an amended scheduling order and file such order with the Court within 14 days of the stay being lifted. (*Id.*)

2.  On November 21, 2025, the Court signed an Order which lifted the stay in response to an unopposed motion filed by the EEOC. (ECF Nos. 37, 37-1, and 39.) The Order was entered on November 24, 2025. (ECF No. 39.) The Order was submitted by the EEOC with the motion to lift the stay. (ECF No. 37-1.) Contrary to the Court's Order of October 2, 2025 (ECF No. 36), the Order states that, "if necessary, the parties will file a proposed amended scheduling order with the Court no later than November 27, 2025." This provision was added in error. The stated deadline

is 14 days from the date the government reopened, not from the date the stay was lifted, and it falls on the Thanksgiving holiday. The Order lifting the stay presented by the EEOC, which the Court signed, should have complied with the Court's Order dated October 2, 2025, and thus, should have stated that any amended scheduling order is due within 14 days of the date the stay was lifted.

3. Accordingly, the EEOC asks that the Court sign and enter the Amended Order Lifting Stay filed with this Motion which indicates that, in compliance with the Court's October 2nd Order, the amended scheduling order is due within 14 days of the date the stay was lifted. This amendment is sought in good faith as it allows the parties to confer regarding proposed scheduling order dates and to file an agreed order.

4. As reflected in the Certificate of Conference below, Defendant does not oppose this Motion, nor the relief requested herein, which is merely to correct a deadline error.

WHEREFORE, Plaintiff EEOC respectfully requests that the Court enter the attached Amended Order Lifting Stay.

Respectfully submitted,

Plaintiff, U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

/s/ Connie W. Gatlin
CONNIE WILHITE GATLIN
Acting Assistant Regional Attorney
Texas Bar No. 00792916
Southern Dist. of Texas No. 23624
U.S. Equal Employment Opportunity Commission
1919 Smith St., 6th Floor
Houston, Texas 77002
(346) 327-7710
(713) 651-7995 [facsimile]
connie.gatlin@eeoc.gov

**CERTIFICATE OF CONFERENCE**

The undersigned counsel certifies that, on November 24, 2025, counsel for the EEOC conferred with counsel for Defendant, regarding the relief requested in the EEOC's Motion to Amend Order Lifting Stay. Counsel for Defendant indicated that Defendant is UNOPPOSED to the requested relief.

*/s/ Connie W. Gatlin*
Connie W. Gatlin

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Amend Order Lifting Stay was served on counsel for all parties of record via the District Court's CM/ECF system, pursuant to L.R. 5 of the Southern District of Texas.

*/s/ Connie W. Gatlin*
Connie W. Gatlin