United States District Court
Southern District of Texas
**ENTERED**
December 15, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § § *Plaintiff*, § § vs. § § HOUSTON INDEPENDENT SCHOOL DISTRICT § § § *Defendant.* § | CIVIL ACTION NO. 4:24-cv-00125 |

## AMENDED ORDER LIFTING STAY

Upon Motion and good cause appearing.

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion to Amend Order Lifting Stay is **GRANTED**.

**IT IS ALSO ORDERED** that Plaintiff's Motion to Lift the Stay was and is **GRANTED**. The stay was lifted on November 24, 2025, when the Court's Order dated November 21, 2025, was entered.

**IT IS FURTHER ORDERED** that, if necessary, the parties will confer and file a proposed amended scheduling order with the Court no later than 14 days from the date the stay was lifted, December 8, 2025.

DATED this 10th day of December, 2025.

_____
Alfred H. Bennett
United States District Judge